FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 29 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01234-BNB

RAMON MITCHELL,

    Plaintiff,

v.

K. CRANK,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Ramon Mitchell, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary in Florence, Colorado. On June 3, 2011, Magistrate Judge Boyd N. Boland entered an order granting Mr. Mitchell leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Mr. Mitchell either to pay an initial partial filing fee of $30.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. In order to show cause, Mr. Mitchell was directed to file a current certified copy of his inmate trust fund account statement. Mr. Mitchell was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days. On July 1, 2011, in response to Mr. Mitchell's request for an extension of time to pay the initial partial filing fee, Magistrate Judge Boland entered a minute order granting Mr. Mitchell an additional twenty days to pay the initial partial filing fee.

Mr. Mitchell has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed either to pay the initial partial filing fee or to show cause as directed why he is unable to pay the initial partial filing fee.

DATED at Denver, Colorado, this __29th__ day of ___July___, 2011.

BY THE COURT:


_s/Lewis T. Babcock_
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01234-BNB

Ramon Mitchell
Reg. No. 30237-424
USP Florence - High
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk